

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-15-00219-CV

David **GOAD**,
Appellant

v.

Jamie **OSBORNE**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0393
Robin V. Dwyer, Judge Presiding

# O R D E R

Appellant, David Goad, has filed in this court a motion to proceed in forma pauperis and a request for free preparation of the appellate record. We **order** the clerk of this court to send copies of the motion and this order to the trial court clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further **order** that the trial court clerk, the court reporter or any party may challenge the claim of indigence by filing a contest to the affidavit in our court within 10 days from the date of this order. *See* TEX. R. APP. P. 20.1(e).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court